

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-16-00044-CV

Style:     TMX Finance Holdings, Inc. v. Wellshire Financial Services, LLC, d/b/a LoanStar Title Loans, d/b/a MoneyMax Title Loans, and d/b/a LoanMax; Meadowwood Financial Services, LLC d/b/a LoanStar Title Loans, and d/b/a MoneyMax Title Loans; and Integrity Texas Funding, LP

Date motion filed*:     January 22, 2016

Type of motion:     Unopposed Motion to Extend Time to File Notice of Appeal

Party filing motion:     Appellant

Document to be filed:     N/A

Is appeal accelerated?     Yes (interlocutory appeal).

If motion to extend time:

     Original due date:     January 13, 2016 (Notice of appeal deadline)

     Number of extensions granted:     0     Current Due Date:  January 13, 2016

     Date Requested:     January 14, 2016

Ordered that motion is:
     ☑ Granted
     ☐ Denied
     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
     ☑ Other: _____

     Appellant's motion to extend the time to file its notice of appeal is **granted** because the notice was filed within the 15-day grace period and the motion provides a reasonable explanation of the 1-day delay. *See* TEX. R. APP. P. 10.5(b), 26.1(b), 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Judge's signature: /s/ Evelyn V. Keyes
     ☒ Acting individually     ☐ Acting for the Court

Date: February 4, 2016

November 7, 2008 Revision